UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THOMAS FREY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:03-cv-1896-DFH-VSS |
| | ) |
| WORKHORSE CUSTOM CHASSIS, LLC, | ) |
| GRAND VEHICLE WORKS HOLDINGS | ) |
| CORPORATION and ANDREW TAITZ, | ) |
| | ) |
| Defendants. | ) |

FINAL JUDGMENT

The court having granted summary judgment to defendants in part, and the jury having rendered its verdict on the remaining claims, it is hereby ORDERED, ADJUDGED, AND DECREED that plaintiff Thomas Frey recover from defendants Workhorse Custom Chassis, LLC and Grand Vehicle Works Holdings Corporation the sum of Eight Hundred Seventy-three Thousand Two Hundred and Twenty Dollars ($873,220.00), plus simple interest of eight percent per annum on the sum of Two Hundred Twenty-five Thousand Dollars ($225,000.00) from April 30, 2003 through the date of this judgment, plus costs, and that plaintiff's claims against defendant Andrew Taitz are dismissed with prejudice.

Date:  January 24, 2007

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

-2-

Laura Briggs, Clerk
United States District Court

*Lynda S Carmichael*
_____
By:  Deputy Clerk

Copies to:

Brenda Marie Allison
HORWOOD MARCUS & BERK CHARTERED
ballison@hmblaw.com

Irving L. Fink
YOSHA KRAHULIK & LEVY
iprince5@hotmail.com

Stacy A. Hinners
Christian A. Jenkins
MEZIBOV & JENKINS LLP
cjenkins@mezibovjenkins.com

Marc D. Mezibov
MEZIBOV & JENKINS
mmezibov@mezibovjenkins.com

James H. Ryan
HORWOOD MACUS & BERK CHARTERED
jryan@hmblaw.com

Robert J. Schuckit
SCHUCKIT & ASSOCIATES, P.C.
rschuckit@schuckitlaw.com

Hal J. Wood
HORWOOD MARCUS & BERK CHARTERED
hwood@hmblaw.com